IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SCOTT SEEMANN,<br>Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INEOS USA LLC d/b/a INEOS OLEFINS & POLYMERS USA<br><br>　　　　Defendant. | Case No. 3:21-cv-00206<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## JOINT STATUS REPORT

Plaintiff Scott Seeman and Defendant Ineos USA LLC d/b/a Ineos Olefins & Polymers USA (collectively, "the Parties"), hereby submit this joint status report. The parties continue to diligently work to mediate this case. The parties will submit a further status report on or before August 26, 2022, when the current stay is set to expire. ECF No. 26.

Date:　August 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ANDERSON ALEXANDER, PLLC**

　　　　　　　　　By:　　/s/ *Clif Alexander*
　　　　　　　　　　　　**Clif Alexander**
　　　　　　　　　　　　Federal I.D. No. 1138436
　　　　　　　　　　　　Texas Bar No. 24064805
　　　　　　　　　　　　clif@a2xlaw.com
　　　　　　　　　　　　**Austin W. Anderson**
　　　　　　　　　　　　Federal I.D. No. 777114
　　　　　　　　　　　　Texas Bar No. 24045189
　　　　　　　　　　　　austin@a2xlaw.com
　　　　　　　　　　　　**Lauren E. Braddy**
　　　　　　　　　　　　Federal I.D. No. 1122168
　　　　　　　　　　　　Texas Bar No. 24071993
　　　　　　　　　　　　lauren@a2xlaw.com
　　　　　　　　　　　　**Alan Clifton Gordon**
　　　　　　　　　　　　Federal I.D. No. 19259
　　　　　　　　　　　　Texas Bar No. 00793838
　　　　　　　　　　　　cgordon@a2xlaw.com

        **Craig D. Henderson**
        Federal I.D. No. 5532
        Texas Bar No. 00784248
        craig@a2xlaw.com
        **Carter T. Hastings**
        Federal I.D. No. 3101064
        Texas Bar No. 24101879
        carter@a2xlaw.com
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys for Plaintiff and Putative Class Members***

        **JACKSON LEWIS P.C.**

By:    */s/ Veronica T. Hunter*
        **Veronica T. Hunter**
        Federal I.D. No. 3544808
        Texas Bar No. 24122525
        Veronica.Hunter@jacksonlewis.com
        **Stephen E. Hart**
        Federal I.D. No. 19382
        Texas Bar No. 00793911
        Stephen.hart@jacksonlewis.com
        717 Texas Avenue, Suite 1700
        Houston, Texas 77002
        Telephone: (713) 650-0404
        Facsimile (713) 650-0405

        ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Veronica T. Hunter*
        Veronica T. Hunter