United States District Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **SCOTT SEEMAN, Individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 3:21-cv-206** |
| **v.** | § § | |
| **INEOS USA LLC d/b/a INEOS OLEFINS & POLYMERS USA ,** | § § § | |
| **Defendant.** | § § § | |

### ORDER OF DISMISSAL

Plaintiff Scott Seemann and Defendant INEOS USA LLC d/b/a INEOS Olefins & Polymers USA , having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of Scott Seemann's claims against INEOS USA LLC d/b/a INEOS Olefins & Polymers USA, in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED on Galveston Island this 2nd day of January, 2023

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE